IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:06CR00058-002** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JEFF MACK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on January 22, 2016 upon the request of the United States Pretrial and Probation Office for a finding that the defendant violated the conditions of supervised release [Doc. 86].  The defendant was present and represented by Attorney Carolyn M. Kucharski.  The original violation report was referred to Magistrate Judge Kenneth S. McHargh to conduct appropriate proceedings and for the issuance of a Report and Recommendation.  The Report and Recommendation was issued on January 7, 2016 [Doc. No. 93].  No objections having been filed, the Court adopted the Report and Recommendation and found the following terms of supervised release had been violated:

> 1) new law violation;
>
> 2) use of alcohol;
>
> 3) failure to notify of contact with law enforcement.

The Court found the violations to be Grade C and the defendant's Criminal History Category to be VI.

The Court, after considering the Section 3553(a) factors, ordered the defendant committed to the Bureau of Prisons for a term of 9 months with credit for time served on the instant violation.  Upon release from incarceration defendant's term of supervised release is terminated.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**


Dated: January 22, 2016                              *s/    James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE